B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Maurice VerStandig (name), certify that service of this summons and a copy of the complaint was made August 28, 2023 (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
MICROADVANCE FUNDING, LLC
SERVE: HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES DE 19958

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date August 28, 2023    Signature /s/ Maurice VerStandig

Print Name:    Maurice VerStandig

Business Address:    1630 1st Avenue N, Suite B PMB 24

Fargo, North Dakota 58102