UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE: Bourbon Street, LLC, et al. | CASE NO: 23-30246 |
| | ADVERSARY CASE NO: 23-07011 |
| Gannett Peak, LLC, | |
| v. | **CERTIFICATE OF SERVICE** |
| MicroAdvance Funding LLC | Chapter: 11 |
| | ECF Docket Reference No. 1 |

On 8/28/2023, a copy of the following documents, described below,

Complaint ECF Docket Reference No. 1

Summons 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/28/2023

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N., Suite B PMB 24
Fargo, ND  58102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service

FIRST CLASS

MICROADVANCE FUNDING, LLC
SERVE: HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES DE 19958
```