**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 23-30246 |
| Bourbon Street LLC, <br> d/b/a La Cantina, et al. | Chapter 11 – Subchapter V |
| Debtors, Jointly Administered. <br> _____/ | |
| Gannett Peak, LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 23-07011 |
| MicroAdvance Funding, LLC, | |
| Defendant. <br> _____/ | |

**CLERK'S ENTRY OF DEFAULT**

    Defendant MicroAdvance Funding, LLC, failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant MicroAdvance Funding, LLC, is in default.

    Plaintiff may seek the entry of default judgment by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                                        Kay A. Melquist
                                                         Clerk, U.S. Bankruptcy Court

Date issued: September 28, 2023        By:  /s/ Michael Kloberdanz
                                                              Michael Kloberdanz, Deputy Clerk