United States Bankruptcy Court
District of North Dakota

Gannett Peak, LLC,
    Plaintiff

Adv. Proc. No. 23-07011-skh

MicroAdvance Funding, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | MicroAdvance Funding, LLC, c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958-3608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Plaintiff Gannett Peak  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 23-30246 |
| Bourbon Street LLC,<br>d/b/a La Cantina, et al. | Chapter 11 – Subchapter V |
|       Debtors, Jointly Administered.<br>_____/ | |
| Gannett Peak, LLC, | |
|       Plaintiff, | |
| v. | Adv. Proc. No. 23-07011 |
| MicroAdvance Funding, LLC, | |
|       Defendant.<br>_____/ | |

**CLERK'S ENTRY OF DEFAULT**

Defendant MicroAdvance Funding, LLC, failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendant MicroAdvance Funding, LLC, is in default.

Plaintiff may seek the entry of default judgment by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

Kay A. Melquist
Clerk, U.S. Bankruptcy Court

Date issued: September 28, 2023    By: /s/ Michael Kloberdanz
                                                                                  Michael Kloberdanz, Deputy Clerk