**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NORTH DAKOTA

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

| | |
|---|---|
| **KAY A. MELQUIST** | TELEPHONE NUMBER 701-297-7100 |
| CLERK | FAX NUMBER 701-297-7105 |

November 17, 2023

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re: Gannett Peak, LLC v. MicroAdvance Funding, LLC
Bankruptcy Case No. 23-07011

Dear Mr. VerStandig:

The Court has reviewed the above-noted adversary proceeding. Since there has been no activity in this case, please file a status report indicating a need for this matter to remain open.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court


By: /s/ Michael Kloberdanz
    Michael Kloberdanz, Deputy Clerk
    (701) 297-7109