**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

**KAY A. MELQUIST**                                                                 TELEPHONE NUMBER 701-297-7100
CLERK                                                                                           FAX NUMBER 701-297-7105

February 6, 2024

**SECOND REQUEST DIRECTED**
**TO ATTORNEY VERSTANDIG**

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re:     Gannett Peak, LLC v. MicroAdvance Funding, LLC
        Bankruptcy Case No. 23-07011

Dear Mr. VerStandig:

The Court has reviewed the above-noted adversary proceeding. Since there has been no activity in this case since the first request for status report issued by the Court on November 17, 2023, and given that the underlying bankruptcy case was converted to Chapter 7 on December 20, 2023, please inform the Court within 14 days whether you intend to pursue this claim.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court


By:   /s/ Michael Kloberdanz
      Michael Kloberdanz, Deputy Clerk
      (701) 297-7109


cc: Gene W. Doeling, Bankruptcy Trustee