United States Bankruptcy Court
District of North Dakota

Gannett Peak, LLC,
    Plaintiff

MicroAdvance Funding, LLC,
    Defendant

Adv. Proc. No. 23-07011-skh

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 1
Date Rcvd: Feb 06, 2024     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | MicroAdvance Funding, LLC, c/o Harvard Business Services, Inc., 16192 Coastal Highway, Lewes, DE 19958-3608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Plaintiff Gannett Peak  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

**KAY A. MELQUIST**
CLERK

TELEPHONE NUMBER 701-297-7100
FAX NUMBER 701-297-7105

February 6, 2024

**SECOND REQUEST DIRECTED**
**TO ATTORNEY VERSTANDIG**

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

Re:   Gannett Peak, LLC v. MicroAdvance Funding, LLC
      Bankruptcy Case No. 23-07011

Dear Mr. VerStandig:

The Court has reviewed the above-noted adversary proceeding. Since there has been no activity in this case since the first request for status report issued by the Court on November 17, 2023, and given that the underlying bankruptcy case was converted to Chapter 7 on December 20, 2023, please inform the Court within 14 days whether you intend to pursue this claim.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court


By: /s/ Michael Kloberdanz
    Michael Kloberdanz, Deputy Clerk
    (701) 297-7109



cc: Gene W. Doeling, Bankruptcy Trustee