IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30248 |
| Gannett Peak, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gannett Peak, LLC | ) | |
| | ) | Adversary Case No. 23-07011 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MicroAdvance Funding, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

Comes now Gannett Peak, LLC ("Gannett Peak" or the "Debtor"), by and through undersigned counsel, pursuant to this Honorable Court's requests for a status report (DE #6, DE #8), and reports as follows:

On December 20, 2023, the Debtor's bankruptcy was converted from a proceeding under Chapter 11 to one under Chapter 7. DE #60 in the Main Case. Commensurate therewith, Gene Doeling was appointed Chapter 7 trustee. DE #61 in the Main Case. The trustee has, at all times since, been the representative of Gannett Peak's estate. 11 U.S.C. § 363.

Undersigned counsel has conferred with the trustee concerning this case and understands the trustee to be undertaking a diligent review of all of Gannett Peak's affairs, including those implicated in this action. It is respectfully suggested that the trustee, as the proper party in interest, will take appropriate action in this case in due course.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: February 25, 2024　　　　By:　<u>/s/ Maurice B. VerStandig</u>
　　　　　　　　　　　　　　　　　　　Maurice B. VerStandig, Esq.
　　　　　　　　　　　　　　　　　　　The Dakota Bankruptcy Firm
　　　　　　　　　　　　　　　　　　　1630 1st Avenue N
　　　　　　　　　　　　　　　　　　　Suite B PMB 24
　　　　　　　　　　　　　　　　　　　Fargo, North Dakota 58102-4246
　　　　　　　　　　　　　　　　　　　Phone: (701) 394-3215
　　　　　　　　　　　　　　　　　　　mac@dakotabankruptcy.com
　　　　　　　　　　　　　　　　　　　*Counsel for the Debtor*