**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF NORTH DAKOTA

QUENTIN N. BURDICK UNITED STATES COURTHOUSE
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932
www.ndb.uscourts.gov

| | |
|---|---|
| **KAY A. MELQUIST** | TELEPHONE NUMBER 701-297-7100 |
| CLERK | FAX NUMBER 701-297-7105 |

November 20, 2024

Gene W. Doeling
Bankruptcy Trustee
P.O. Box 9231
Fargo, ND 58106-9231

Re:   Gannett Peak, LLC v. MicroAdvance Funding, LLC
      Adversary Case No. 23-07011

Dear Trustee Doeling:

Judge Hastings has reviewed the above noted adversary. Since there has been no activity in this case, please file a status report indicating whether you plan to pursue this lawsuit initiated by the Debtor on August 28, 2023.

Sincerely,

Kay A. Melquist, Clerk
United States Bankruptcy Court

By:   /s/ Caryl Krone
      Caryl Krone, Case Administrator
      (701) 297-7108