UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-30248 |
| | Chapter 7 |
| Gannett Peak, LLC, | |
| Debtor. / | |
| Gannett Peak, LLC, | |
| Plaintiff, | |
| vs. | Adversary No. 23-07011 |
| MicroAdvance Funding, LLC, | |
| Defendant. / | |

## NOTICE OF TELEPHONIC STATUS CONFERENCE

NOTICE IS GIVEN that a status conference is scheduled for **Tuesday, March 4, 2025, at 2:00 P.M. (Central Standard Time)** to consider the following matters:

- **Status of Adversary Case**

Please use the following instructions for the telephone conference:

**Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **088076463**
3) After the Meeting ID is entered you will be connected into the conference
4) Please identify yourself after you have joined the conference

.

Dated: February 5, 2025.

Kay A. Melquist, Clerk
United States Bankruptcy Court
Quentin N. Burdick United States Courthouse
655 1ST Avenue North, Suite 210
Fargo, ND 58102-4932

By:     _/s/ Sharon Horsager_
Sharon Horsager, Deputy Clerk,

Copy served electronically February 5, 2025, to Electronic Mail Notice List for Adversary Case No. 24-07011.