**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 23-30248 |
| | ) | Chapter 7 |
| Gannett Peak, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | **VOLUNTARY DISMISSAL OF** |
| | ) | **ADVERSARY PROCEEDING** |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MicroAdvance Funding, LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 23-07011 |
| | ) | |

Gene W. Doeling, as the bankruptcy trustee for Gannett Peak, LLC, hereby dismisses this adversary action against MicroAdvance Funding, LLC ("Defendant"). The trustee has determined that based on the pleadings and available facts, pursuit of these claims by the bankruptcy estate would not result in a meaningful distribution to creditors.

The Defendant has not served nor filed an Answer to this action. This notice of dismissal is made pursuant to Bankruptcy Rule 7041 and Federal Rules of Civil Procedure 41(a)(1), which grants to the Plaintiff the right to dismiss an action against a defendant who has not served an answer, without the need for a court order.

Dated this 26th day of February, 2025.

/s/ Gene W. Doeling
Gene W. Doeling
KALER DOELING LAW OFFICE
Attorney for Plaintiff
P.O. Box 9231
Fargo, ND 58106
(701) 232-8757
ND Attorney No. 05078

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 23-30248 |
| | ) | Chapter 7 |
| Gannett Peak, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Gannett Peak, LLC, | ) | **AFFIDAVIT OF SERVICE** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MicroAdvance Funding, LLC, | ) | |
| | ) | |
| Defendant. | ) | Adversary No. 23-07011 |
| _____ | ) | |

I, Heather Christ, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 26th day of February, 2025, I served the following documents:

**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

> MicroAdvance Funding, LLC
> c/o Harvard Business Services, Inc.
> 16192 Coastal Hwy.
> Lewes, DE  19958

and deposited same, with postage fully prepaid thereon, in the United States mail at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

_____
Heather Christ

Subscribed and sworn to before me this 26th day of February, 2025.

JANAE R KRAGERO
Notary Public
State of North Dakota
My Commission Expires May 8, 2028

_____
NOTARY PUBLIC
Cass County, North Dakota